# ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

2014 MAR 26  PM 3: 58

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:13-CR-230-N |
| | **(Supersedes Indictment Returned on June 19, 2013)** |
| v. | |
| DERECK JOHNSON | |

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

Count One
Kidnapping
(Violation of 18 U.S.C. §§ 1201(a)(1) and 1201(g))

From on or about June 2, 2012 through on or about June 5, 2012, in the Dallas

Division of the Northern District of Texas and elsewhere, the defendant, **Dereck**

**Johnson,** did willfully and unlawfully seize, confine, inveigle, kidnap, abduct, carry

away, and hold Jane Doe, the victim, who had not attained the age of 18 years at the time

this offense occurred, for some purpose and benefit, and the defendant did use

instrumentalities of interstate and foreign commerce, to wit: (1) a sport utility vehicle; (2)

a semi-truck; and (3) a cellular phone in committing and in furtherance of the commission

of this offense.

In violation of 18 U.S.C. §§ 1201(a)(1) and 1201(g).

**Superseding Indictment - Page 1**

Count Two
Sex Trafficking
(Violation of 18 U.S.C. §§ 1591(a)(1), (b)(1), and (b)(2))

From on or about June 2, 2012 through on or about June 5, 2012, in the Dallas

Division of the Northern District of Texas and elsewhere, the defendant, **Dereck**

**Johnson,** knowingly, in and affecting interstate and foreign commerce, recruited, enticed,

harbored, transported, provided, obtained, and maintained by any means Jane Doe, a

minor, knowing and in reckless disregard of the fact that Jane Doe had not attained the

age of 18 years and would be caused to engage in a commercial sex act, and knowing and

in reckless disregard of the fact that means of force, threats of force, fraud and coercion,

and any combination of such means would be used to cause Jane Doe to engage in a

commercial sex act.

In violation of 18 U.S.C. §§ 1591(a)(1), (b)(1), and (b)(2).

A TRUE BILL

_Angela Beard_
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY


_Cara Foos Pierce_
CARA FOOS PIERCE
Assistant United States Attorney
Texas Bar No. 24036579
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8678
Facsimile: 214.659.8809
Email: cara.pierce@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

DERECK JOHNSON

---

SUPERSEDING INDICTMENT

18 U.S.C. §§ 1201(a)(1) and 1201(g)
Kidnapping

18 U.S.C. §§ 1591(a)(1), (b)(1), and (b)(2)
Sex Trafficking

2 Counts

---

A true bill rendered

--------------------------------------------------------------------------------
DALLAS                                    _Chrysta Blood_ FOREPERSON

Filed in open court this_____ day of March, 2014

--------------------------------------------------------------------------------
                                                                        Clerk
_____

**IN FEDERAL CUSTODY**
------------------_Irma Carrillo Ramirez_ 3/26/14_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
Criminal Case Pending: 3:13-CR-230-N